IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03197-RMR-STV

KIMBERLY COWDEN AND JOANNE GULA

Plaintiffs,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY-PUEBLO, et al.

Defendant.

---

STIPULATION OF DISMISSAL WITH PREJUDICE

---

The parties, through their attorneys of record, hereby stipulate and agree as follows:

1. Plaintiffs' Complaint and all causes of action against Defendants are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); and

2. Each party is to pay its own attorneys' fees and costs.

Dated this 13th day of January, 2023

s/ *Elizabeth Phillips*
ELIZABETH PHILLIPS
Assistant Attorney General
ALLISON R. AILER
Senior Assistant Attorney General
Civil Litigation & Employment Law Section
1300 Broadway, 6th Floor
Denver, Colorado 80203

Telephone: (720) 508-6000
Allison.ailer@coag.gov
Elizabeth.Phillips.@coag.gov

Counsel for Defendants

*s/Claire E. Hunter*
Claire E. Hunter
HKM Employment Attorneys, LLP
730 17th St., Ste. 750
Denver, Colorado 80202
Telephone: (720) 668-8989
chunter@hkm.com

Counsel for Plaintiffs